1   Susan St. Vincent
    Acting Legal Officer
2   NATIONAL PARK SERVICE
    Law Enforcement Office
3   P.O. Box 517
    Yosemite, California 95389
4   Telephone: 209-372-0241

5

6

7

8
                        UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10
    UNITED STATES GOVERNMENT,              )        CASE: 6:12-MJ-0012-MJS
11                                         )
                Plaintiff,                 )
12                                         )        STIPULATION TO VACATE
          vs.                              )        TRIAL DATE AND SET FOR
13                                         )        PLEA AND SENTENCE; AND.
    STEVEN J. TAPETILLO,                   )        ORDER THEREON
14                                         )
                Defendant.                 )        Court: U.S. District Court - Yosemite
15                                         )        Judge: Honorable Michael J. Seng
                                           )
16  _____)

17          IT IS HEREBY STIPULATED by and between Susan St. Vincent,  the acting legal

18  officer for the National Park Service, Defendant, Steven J. Tapetillo, and his attorney of record,

19  Eugene Action, that the Bench Trial in the above-captioned matter currently scheduled for

20  January 30, 2013 be vacated, and the matter be set for Plea and Sentence on January 30, 2013, at

21  1:30 p.m.

22

23  Dated: January 24, 2013                    /s/ Susan St. Vincent
                                               Susan St. Vincent
24                                             Acting Legal Officer for
                                               National Park Service
25

26  Dated: January 24, 2013                    /s/ Eugene Action
                                               Eugene Action
27                                             Attorney for
                                               Steven Tapetillo
28

                                               1

* * * ORDER * * *

The Court, having reviewed the above stipulation and finding good cause for the relief requested therein, HEREBY ORDERS AS FOLLOWS:

1. The Trial set for January 30, 2013, is vacated.

2. The above-captioned matter is now set for entry of plea and sentencing on January 30, 2013.

IT IS SO ORDERED.

Dated:    January 24, 2013          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE